# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KIM MCMULLEN,     :    No. 72 MM 2020

       Petitioner    :

         v.    :

HUNTINGDON COUNTY COURT OF    :
COMMON PLEAS,    :

       Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for "Writ of Mandamus" and the "Petition for Leave to File Response to No Answer Letter" are DENIED.